```
                                                            "0"





                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                   MAY 1 5 2017

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA 17-0157M |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 ) U.S.C. . § 3143(a)] |
| v. | ) |
| MARCOS POLO FRIAS, | ) |
| Defendant. | ) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona, for alleged violations of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations suggest inability to comply with terms/conditions; lack of bail resources.*

and

B.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Criminal history; instant allegations suggest inability to comply with terms/conditions.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 5/15/17

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge